**Last revised 8/1/15**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:     Case No.:     17-15501

Kimberly Burnett-Thomas

Judge:     JNP

Chapter:     13

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original     ☒ Modified/Notice Required     ☒ Discharge Sought

☒ Motions Included     ☐ Modified/No Notice Required     ☐ No Discharge Sought

Date:     7/31/17

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor.  This document is the actual Plan proposed by the Debtor to adjust debts.  You should read these papers carefully and discuss them with your attorney.  Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice.  **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1: Payment and Length of Plan |
|---|

a. The debtor shall pay $ _____1150.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____August 1, 2017_____ for approximately _____32_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

    ☒ Future earnings

    ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:

Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection**

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Law Offices of Seymour Wasserstrum | Attorney Fees | $2,960.00 |
| IRS | Taxes | $6,236.69 |
| State of New Jersey | Taxes | $5,461.24 |

**Part 4:    Secured Claims**

   **a. Curing Default and Maintaining Payments**
   The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| SLS Mortgage | 105 Lafayette Dr Mullica Hill, NJ 08062 | $123,254.80 | $381,600.00 | $561,870.18 | $0.00 | 0% | $0.00 |
| LVNV Funding | 105 Lafayette Dr Mullica Hill, NJ 08062 | $8,348.17 | $381,600.00 | $561,870.18 | $0.00 | 0% | $0.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:
SLS Mortgage (1006583386)-- Debtor is seeking a loan modification outside of the bankruptcy

**e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| Shivers, Gosnay, & Greatrex Llc RE:Reserve at Saddlebrook HOA | 105 Lafayette Dr Mullica Hill, NJ 08062 | $3,113.00 |
| IRS | Tax Lien | $6,321.00 |
| Wells Fargo Dealer Services | 2013 Volks Wagen Passat | $15,195.47 |

## Part 5:   Unsecured Claims

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ _____0.00_____ to be distributed *pro rata*

☐ Not less than _____100_____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6:   Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
|  |  |  |

**Part 7:   Motions**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   **a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

   **b.  Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| SLS Mortgage | 105 Lafayette Dr Mullica Hill, NJ 08062 | $123,254.80 |
| LVNV Funding | 105 Lafayette Dr Mullica Hill, NJ 08062 | $8,348.17 |

   **c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

5

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| Wells Fargo | 2013 Volkswagen Passat | $17,021.52 | $3,000.00 |

**Part 8:    Other Plan Provisions**

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions
2) Priority Claims
3) Secured Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____7/31/17_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| 1. To correctly list the amount owed to the IRS under part part 3. | 1. To correctly list the amount owed to the IRS under part part 3. |
| 2. To list the IRS as secured to be paid in full under part 4 (E). | 2. To list the IRS as secured to be paid in full under part 4 (E). |
| 3. To list Wells Fargo as secured to be paid in full under part 4(E). | 3. To list Wells Fargo as secured to be paid in full under part 4(E). |
| 4. To correctly list the amount owed to Shivers, Gosnay, & Greatrex Llc RE:Reserve at Saddlebrook HOA under part 4(E). | 4. To correctly list the amount owed to Shivers, Gosnay, & Greatrex Llc RE:Reserve at Saddlebrook HOA under part 4(E). |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10:    Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: 7/31/17                                      /s/ Seymour Wasserstrum
                                                   Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 7/31/17                                      /s/ Kimberly Burnett-Thomas
                                                   Debtor

Date: _____                          _____
                                                   Joint Debtor

```
                            United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 17-15501-JNP
Kimberly L Burnett-Thomas                                       Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin              Page 1 of 2            Date Rcvd: Jul 31, 2017
                               Form ID: pdf901          Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2017.
db             +Kimberly L Burnett-Thomas,    105 Lafayette Dr,    Mullica Hill, NJ 08062-4542
cr             +Reserves at Saddlebrook HOA,    101 Lafayette Drive,    Mullica Hill, NJ 08062-4542
516713775      +Buckley & Madole,    99 Wood Avenue South Ste 803,    Iselin, NJ 08830-2713
516713777      +CBA Collection Bureau,    25954 Eden Landing Rd,    RE: DS Waters Of North America,
                 Hayward, CA 94545-3816
516713778      +Central Credit Services Inc,    P O Box 15118,    Jacksonville, FL 32239-5118
516879598      +FV-1, Inc., Trustee (See 410),    C/O Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516713779      +Gloucester County Tax Office,    1200 N Delsea Dr,    Clayton, NJ 08312-1096
516713783       IRS,   PO Box 725,    Special Procedures Function,    Springfield, NJ 7081
516713781       Inspira Health,    P.O. Box 48274,   Newark, NJ 07101-8474
516713787      +Mercer County Clerk,    209 S. Broad St. Room 100,    Trenton, NJ 08608-2403
516713788      +NJ EZ PAss Violation Processing Center,    PO Box 52005,    Newark, NJ 07101-8205
516763277      +New Jersey Turnpike Authority,    Mark Schneider, Esq.,    581 Main Street, P. O. Box 5042,
                 Woodbridge, NJ 07095-5042
516713789       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
516713792       SLS Mortgage,    P.O. Box 636005,   Littleton, CA 80163-6005
516713795     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
516713791      +Shivers, Gosnay, & Greatrex Llc,    1415 Rt 70,    C/O Reserve at Saddlebrook HOA,
                 Cherry Hill, NJ 08034-2210
516713794       South Jersey Hospital,    Po Box 48274,   Newark, NJ 07101-8474
516713797       State of New Jersey,    Dept of Law and Public Safety,    Trenton, NJ 08625
516727056      +The Reserve at Saddlebrook HOA,    c/o George C. Greatrex, Jr., Esquire,
                 Shivers, Gosnay & Greatrex, LLC,    1415 Route 70 East, Suite 309,    Cherry Hill, NJ 08034-2210
516793352      +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516713798      +Wells Fargo,    PO Box 1697,   Wintervile, NC 28590-1697
516775704       Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,     P.O. BOX 19657,   IRVINE, CA 92623-9657
516947601      +Westlake Services, LLC dba Westlake Financial Serv,     4751 Wilshire Blvd, Suite 100,
                 Los Angeles, CA 90010-3847

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 31 2017 23:24:21     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 31 2017 23:24:18     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516780800      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 31 2017 23:28:18     Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
516713780       E-mail/Text: leslie_lawrence@glic.com Jul 31 2017 23:24:48     Guardian,   Po Box 2459,
                 Spokane, WA 99210-2459
516713784      +E-mail/Text: cio.bncmail@irs.gov Jul 31 2017 23:23:52     IRS,   1601 Market St,
                 Philadelphia, PA 19103-2301
516713786      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2017 23:28:20     LVNV Funding,
                 Po Box 740281,    Houston, TX 77274-0281
516816808       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2017 23:28:20
                 LVNV Funding LLC, C/O Resurgent Capital Services,    P.O. Box 10675,
                 Greenville, SC 29603-0675
516922121       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2017 23:28:34
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516713790      +E-mail/Text: bkrpt@retrievalmasters.com Jul 31 2017 23:24:17
                 Retrieval Masters Creditors Bureau Inc,    4 Westchester Plaza Suite 110,    Re: E-Z Pass,
                 Elmsford, NY 10523-1615
516713799       E-mail/Text: bankruptcynotice@westlakefinancial.com Jul 31 2017 23:24:19
                 Westlake Financial Services,    PO Box 54807,   Los Angeles, CA 90054-0807
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516713776*     +Buckley & Madole,    99 Wood Avenue South Ste 803,    Iselin, NJ 08830-2713
516713782*      IRS,   PO Box 744,    Springfield, NJ 07081-0744
516731798*      Internal Revenue Service,    PO Box 7317,   Philadelphia PA 19101-7317
516731797*      Internal Revenue Service,    PO Box 7346,   Philadelphia PA 191017346
516713785*     +Irs,   P.O. Box 7346,    Philadelphia, PA 19101-7346
516713793*      SLS Mortgage,    P.O. Box 636005,   Littleton, CA 80163-6005
516713796*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,    Po Box 283,   Offset Program,
                 Trenton, NJ 08695-0283)
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Jul 31, 2017
                              Form ID: pdf901          Total Noticed: 33
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
516742886*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
                                                                                              TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2017 at the address(es) listed below:
              Denise E. Carlon     on behalf of Creditor    Wilmington Trust, National Association, as Successor
               Trustee to Citibank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2007-2,
               Asset Backed Certificates, Series 2007-2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Erin Darden     on behalf of Creditor    United States of America erin.darden@usdoj.gov
              George C. Greatrex, Jr.     on behalf of Creditor    Reserves at Saddlebrook HOA
               ggreatrex@sgglawfirm.com,    kmuchler@verizon.net
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Seymour   Wasserstrum     on behalf of Debtor Kimberly L Burnett-Thomas mylawyer7@aol.com,
               ecf@seymourlaw.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```