UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Offices of Seymour Wasserstrum
205 W. Landis Ave
Vineland, NJ 08360
856-696-8300
856-696-3586
Attorney for Debtor(s)
Kborger@seymourlaw.net

In Re:

Kimberly Burnett-Thomas

Case No.:     17-15501

Judge:        JNP

Chapter:      13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO CREDITOR'S MOTION FOR RELIEF

The debtor in the above captioned chapter 13 proceeding hereby objects to the following

1. Motion for Relief from Stay
   By      US Bank, NA      , creditor

2. I am objecting to the above for the following reasons:

   I would like to enter into a cure arrangement to pay back the arrears. I propose capitalizing the arrears into the chapter 13 plan.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 9/12/2017                                  /s/ Kimberly Burnet-Thomas
                                                 Debtor's Signature