**Last revised: August 1, 2017**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Kimberly Burnett-Thomas

Case No.: _____17-15501_____

Judge: _____JNP_____

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: __October 26, 2017__

☒ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __/s/ SW__    Initial Debtor: __/s/ KBT__    Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____540.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____November 1, 2017_____ for approximately _____53_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 2,960.00 +300 Fee App. |
| DOMESTIC SUPPORT OBLIGATION | n/a | n/a |
| IRS | taxes | $6,236.39 |
| State of New Jersey | taxes | $728.88 |

b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

**Part 4:    Secured Claims**

**a. Curing Default and Maintaining Payments on Principal Residence:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.)  The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| State of New Jersey | Goods | $5,154.87 | $0.00 | None | $0.00 | 0% | $0.00 |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| SLS Mortgage (1st mortgage) | 105 Lafayette Drive Mullica Hill, NJ | $381,600.00 | $0.00 |
| SLS Mortgage (2nd mortgage) | 105 Lafayette Drive Mullica Hill, NJ | $381,600.00 | $0.00 |
| LVNV Funding (HELOC) | 105 Lafayette Drive Mullica Hill, NJ | $381,600.00 | $0.00 |
| Shivers, Gosnay, & Greatrez, LLC Re: Reserve at Saddlebrook HOA | 105 Lafayette Drive Mullica Hill, NJ | $3,113.00 | $0.00 |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

| **g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE** | | |
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
| IRS | Secured Tax Lien | $6,321.00 |
| Wells Fargo Dealer Services | 2013 Volkswagon Passet | $15,195.47 |

### Part 5:  Unsecured Claims ☒ NONE

    a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

       ☒ Not less than $ _____0.00_____ to be distributed *pro rata*

       ☐ Not less than _____ percent

       ☐ *Pro Rata* distribution from any remaining funds

    b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

### Part 6:  Executory Contracts and Unexpired Leases ☒ NONE

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:   Motions ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form,** *Notice of Chapter 13 Plan Transmittal***, within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   **a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☐ NONE**

   The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

   **b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.  ☐ NONE**

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| State of New Jersey | Goods | $5,154.87 | $0.00 | none | $0.00 | $0.00 |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:  Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Priority Claims
3) Secured Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

8

**Part 9:    Modification ☒ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: October 26, 2017                        .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To list the debt held with SLS for the 1st and 2nd mortgage as surrendered under 4(E). To list the debt held with LVNV as surrendered under 4(E). To correct the amount owed to the IRS per priority the POC. To list the correct amount of money owed to the State of NJ per priority the POC. To list the debt held with Shivers, Gosnay, & Greatrex, LLC as surrendered under 4(E). To correct the amount owed to Wells Fargo under 4(G). To change the length of the Plan from 36 to 60 months. To | To list the debt held with SLS for the 1st and 2nd mortgage as surrendered under 4(E). To list the debt held with LVNV as surrendered under 4(E). To correct the amount owed to the IRS per the POC. To list the correct amount of money owed to the State of NJ per the POC. To list the debt held with Shivers, Gosney, & Gretrex, LLC as surrendered under 4(E). To correct the amount owed to Wells Fargo under 4(G). To change the length of the Plan from 36 to 60 months. To list the non |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: October 26, 2017                             /s/ Seymour Wasserstrum                
                                                                          Attorney for the Debtor

Date: October 26, 2017                             /s/ Kimberly Burnett-Thomas             
                                                                          Debtor

Date: _____                _____
                                                                          Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: October 26, 2017                                              /s/ Seymour Wasserstrum
                                                                    Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: October 26, 2017                                              /s/ Kimberly Burnett-Thomas
                                                                    Debtor

Date: _____                                _____
                                                                    Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-15501-JNP
Kimberly L Burnett-Thomas                                                               Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Nov 02, 2017
                              Form ID: pdf901          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2017.
```
db            +Kimberly L Burnett-Thomas,    105 Lafayette Dr,    Mullica Hill, NJ 08062-4542
cr            +Reserves at Saddlebrook HOA,    101 Lafayette Drive,    Mullica Hill, NJ 08062-4542
516713775     +Buckley & Madole,    99 Wood Avenue South Ste 803,    Iselin, NJ 08830-2713
516713777     +CBA Collection Bureau,    25954 Eden Landing Rd,    RE: DS Waters Of North America,
                Hayward, CA 94545-3816
516713778     +Central Credit Services Inc,    P O Box 15118,   Jacksonville, FL 32239-5118
516879598     +FV-1, Inc., Trustee (See 410),   C/O Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516713779     +Gloucester County Tax Office,    1200 N Delsea Dr,    Clayton, NJ 08312-1096
516713783      IRS,   PO Box 725,    Special Procedures Function,    Springfield, NJ 7081
516713781      Inspira Health,    P.O. Box 48274,    Newark, NJ 07101-8474
516713787     +Mercer County Clerk,    209 S. Broad St. Room 100,    Trenton, NJ 08608-2403
516713788     +NJ EZ PAss Violation Processing Center,    PO Box 52005,    Newark, NJ 07101-8205
516763277     +New Jersey Turnpike Authority,    Mark Schneider, Esq.,    581 Main Street, P. O. Box 5042,
                Woodbridge, NJ 07095-5042
516713789      Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                Trenton, NJ 08625-0112
516713792      SLS Mortgage,    P.O. Box 636005,    Littleton, CA 80163-6005
516713795    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,    P.O. Box 245,
                Dept Of Treasury-Division Of Taxation,   Trenton, NJ 08695-0245)
516713791     +Shivers, Gosnay, & Greatrex Llc,    1415 Rt 70,    C/O Reserve at Saddlebrook HOA,
                Cherry Hill, NJ 08034-2210
516713794      South Jersey Hospital,    Po Box 48274,   Newark, NJ 07101-8474
516713797      State of New Jersey,    Dept of Law and Public Safety,    Trenton, NJ 08625
516727056     +The Reserve at Saddlebrook HOA,    c/o George C. Greatrex, Jr., Esquire,
                Shivers, Gosnay & Greatrex, LLC,    1415 Route 70 East, Suite 309,    Cherry Hill, NJ 08034-2210
516793352     +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516713798     +Wells Fargo,    PO Box 1697,   Wintervile, NC 28590-1697
516775704      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,     P.O. BOX 19657,    IRVINE, CA 92623-9657
516947601     +Westlake Services, LLC dba Westlake Financial Serv,    4751 Wilshire Blvd, Suite 100,
                Los Angeles, CA 90010-3847

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2017 22:42:03     U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2017 22:42:02     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516780800     +E-mail/PDF: creditonebknotifications@resurgent.com Nov 02 2017 22:35:02     Credit One Bank,
                PO Box 98873,    Las Vegas, NV 89193-8873
516713780      E-mail/Text: leslie_lawrence@glic.com Nov 02 2017 22:42:26     Guardian,   Po Box 2459,
                Spokane, WA 99210-2459
516713784     +E-mail/Text: cio.bncmail@irs.gov Nov 02 2017 22:41:35    IRS,    1601 Market St,
                Philadelphia, PA 19103-2301
516713786     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 02 2017 22:44:57     LVNV Funding,
                Po Box 740281,    Houston, TX 77274-0281
516816808      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 02 2017 22:35:02
                LVNV Funding LLC, C/O Resurgent Capital Services,    P.O. Box 10675,
                Greenville, SC 29603-0675
516922121      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 02 2017 22:44:46
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516713790     +E-mail/Text: bkrpt@retrievalmasters.com Nov 02 2017 22:42:01
                Retrieval Masters Creditors Bureau Inc,    4 Westchester Plaza Suite 110,   Re: E-Z Pass,
                Elmsford, NY 10523-1615
516713799      E-mail/Text: bankruptcynotice@westlakefinancial.com Nov 02 2017 22:42:03
                Westlake Financial Services,   PO Box 54807,    Los Angeles, CA 90054-0807
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516713776*    +Buckley & Madole,    99 Wood Avenue South Ste 803,    Iselin, NJ 08830-2713
516713782*     IRS,   PO Box 744,    Springfield, NJ 07081-0744
516731798*     Internal Revenue Service,    PO Box 7317,   Philadelphia PA 19101-7317
516731797*     Internal Revenue Service,    PO Box 7346,   Philadelphia PA 191017346
516713785*    +Irs,   P.O. Box 7346,    Philadelphia, PA 19101-7346
516713793*     SLS Mortgage,    P.O. Box 636005,    Littleton, CA 80163-6005
516713796*   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,    Po Box 283,    Offset Program,
                Trenton, NJ 08695-0283)
```

```
District/off: 0312-1           User: admin              Page 2 of 2                   Date Rcvd: Nov 02, 2017
                               Form ID: pdf901          Total Noticed: 33
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
516742886*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Division of Taxation,   Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
                                                                                TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association, as Successor
               Trustee to Citibank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2007-2,
               Asset Backed Certificates, Series 2007-2 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
               HOLDERS OF CSAB 2007-1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Erin   Darden    on behalf of Creditor    United States of America erin.darden@usdoj.gov
              George C. Greatrex, Jr.    on behalf of Creditor    Reserves at Saddlebrook HOA
               ggreatrex@sgglawfirm.com,   kmuchler@verizon.net
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Seymour   Wasserstrum    on behalf of Debtor Kimberly L Burnett-Thomas mylawyer7@aol.com,
               ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```