Case 17-15501-JNP    Doc 47    Filed 04/26/18    Entered 04/26/18 10:30:12    Desc Proposed Order    Page 1 of 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

Order Filed on May 4, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

    Kimberly Burnett-Thomas

Case No.:   17-15501
Chapter:    13
Hearing Date: N/A
Judge:      JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: May 4, 2018**

*Honorable Jerrold N. Poslusny, Jr.*
*United States Bankruptcy Court*

(Page 2)
Debtor(s): Kimberly Burnett-Thomas
Case No.: 17-15501/JNP
Caption of Order: Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Seymour Wasserstrum, Esq., the applicant, is allowed a fee of $300.00 for services rendered and expenses in the amount of $0.00 for a total of $300.00. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan payments do not change for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Kimberly L Burnett-Thomas  
      Debtor

Case No. 17-15501-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: May 04, 2018  
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.  
db           #+Kimberly L Burnett-Thomas,    105 Lafayette Dr,    Mullica Hill, NJ 08062-4542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:
       Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2007-2, Asset Backed Certificates, Series 2007-2 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF CSAB 2007-1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       Erin Darden    on behalf of Creditor    United States of America erin.darden@usdoj.gov  
       George C. Greatrex, Jr.    on behalf of Creditor    Reserves at Saddlebrook HOA ggreatrex@sgglawfirm.com,   kmuchler@verizon.net  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Seymour Wasserstrum    on behalf of Debtor Kimberly L Burnett-Thomas mylawyer7@aol.com, ecf@seymourlaw.net  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                           TOTAL: 7