| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s) | Order Filed on July 2, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    Kimberly Burnett-Thomas | Case No.:  17-15501<br>Chapter:  13<br>Hearing Date:  N/A<br>Judge:  JNP |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: July 2, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Debtor(s): Kimberly Burnett-Thomas

Case No.: 17-15501/JNP

Caption of Order: Order Granting Supplemental Chapter 13 Fees

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED that Seymour Wasserstrum, Esq., the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance shall be payable:**

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan payments do not change for payment of the aforesaid fee.