| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Mark A. Roney, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: mroney@hillwallack.com<br>*Attorneys for Reserve at Saddlebrook Homeowners Association, Inc.* | |
| In Re:<br><br>Kimberly L. Burnett-Thomas,<br><br>　　　　　　　Debtor. | Case No.: 17-15501 (JNP)<br><br>Chapter: 13<br><br>Judge: Jerrold N. Poslusny, Jr., U.S.B.J. |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Reserve at Saddlebrook Homeowners Association, Inc. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    Mark A. Roney Esq.
                           Hill Wallack LLP
                           21 Roszel Road
                           P.O. Box 5226
                           Princeton, NJ 08543

    DOCUMENTS:

      ☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

      ☑ All documents and pleadings of any nature.

DATED: September 10, 2021                                 HILL WALLACK LLP

                                                            By: */s/ Mark A. Roney*
                                                                Mark A. Roney