Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

> Case No.: 17−15501−JNP
> Chapter: 13
> Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kimberly L Burnett−Thomas
  aka Kimberly L Thomas, aka Kimberly
  Thomas
  1828 Gianna Drive
  Glassboro, NJ 08028

Social Security No.:
  xxx−xx−5202

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: September 7, 2022

Jerrold N. Poslusny Jr.
Judge, United States Bankruptcy Court